



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writers Direct Dial: (212) 416-6046
December 6, 2017

The application is  X  granted.
                        denied.

*[signature]*

Nelson S. Román, U.S.D.J.
Dated: Dec. 8, 2017
White Plains, New York 10601

**BY FACSIMILE**
Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Arminio v. Holder*, 15-cv-5812 (NSR)(PED)

Dear Judge Román:

This Office represents New York State Trooper Lysonia Holder, the sole defendant in the above-referenced case. I write with Plaintiff's consent to respectfully request an extension to the Parties' summary judgment motion schedule as follows:

Defendant's Motion for Summary Judgment due January 19, 2018;
Plaintiff's Opposition due March 2, 2018; and
Defendant's Reply due March 16, 2018.[1]

*NSR*

The grounds for this request are that undersigned counsel requires additional time to complete the motion while also responding to impending deadlines in several other cases, including depositions that require travel throughout the state, as far northwest as the Canadian border, and a multi-day arbitration. This is the first such request for an extension to the motion schedule. Plaintiff's counsel consented to the request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/2017

Respectfully submitted,

*[signature]*
Colleen K. Faherty
Assistant Attorney General

cc: James Lenihan, Counsel *via* USPS

---

[1] The current motion schedule is as follows:
Defendant's Motion for Summary Judgment due December 20, 2017; Plaintiff's Opposition due January 31, 2018; and Defendant's Reply due February 15, 2018. *See* ECF minute entry dated Nov. 8, 2017.

120 Broadway, New York, New York 10271-0332 • Tel.: (212) 416-8610 • Fax: (212) 416-6075 (Not For Service of Papers)
www.ag.ny.gov

## CERTIFICATE OF SERVICE

COLLEEN K. FAHERTY, an attorney admitted to practice in the courts of the State of New York, certifies as follows:

I am an attorney licensed to practice in the State of New York, and am an Assistant Attorney General in the office of Eric T. Schneiderman, Attorney General of the State of New York. I am over 18 years of age and not a party to this action.

On December 6, 2017, I served copies of the following papers:

1. Letter Request Seeking an Extension to the Parties Motion Schedule for Summary Judgment

on the following person(s) at the following address he provided to the Court that is currently reflected in the docket:

James Lenihan
Lenihan & Associates, LLC
235 Main Street
White Plains, New York 10601

by depositing copies of the papers enclosed in properly addressed wrappers with proper postage affixed into the custody of the U.S Mail.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2017
New York, New York

                                                  /s/
                                Colleen K. Faherty, Assistant Attorney General



**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**
**ERIC T. SCHNEIDERMAN**

# FACSIMILE TRANSMISSION

DATE December 6, 2017      NUMBER OF PAGES 3
                           (INCLUDING THIS PAGE)

TO Judge Nelson S. Roman

                                    FAX NO.( 914 ) 390-4179

FROM Colleen K. Faherty, AAG

**REMARKS**

Please see the attached letter, requesting an extension of time for the Parties to submit the motion for summary judgment in the matter of Arminio v. Holder, 15-cv-5812.

Thank you for your consideration.

Kind regards,
AAG Colleen K. Faherty

---

IF THERE IS A PROBLEM WITH THIS TRANSMISSION, PLEASE CONTACT

NAME Colleen K. Faherty, AAG          OFFICE Litigation, NYC -- Room 24A47
TELEPHONE NO.(212) 416-6046           FAX NO.(212) 416-6009 / 6075

---

## CONFIDENTIAL

The information contained in this facsimile is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this is strictly prohibited.

*IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR,
PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE. THANK YOU*

120 BROADWAY, NEW YORK, NY 10271-0332